IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

       Petitioner        *

       vs.              *   CIVIL ACTION NO. MJG-17-3300

CHRISTOPHER WOJCIK                *

       Respondent        *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

The Court has before it the Request for 30 Day Extension to Response Date [ECF No. 4] filed by Respondent.

The instant case is one to enforce an administrative summons, i.e. to avoid continuing Respondent's delay in compliance with the I.R.S. summons at issue. The matter is not complex and, most certainly, Respondent has long enough been aware of the controversy to have considered and engaged counsel already. The Court will not build in a month or more of delay for Respondent by granting the motion.

By virtue of the Order to Comply With Summons or Show Cause issued herewith, Respondent has until February 2 to either comply with the summons or show cause why the summons should not be enforced. He has ample time to obtain counsel to advise him

and for counsel to seek any relief Respondent may seek from the Court.

Accordingly:

1. The Request for 30 Day Extension to Response Date [ECF No. 4] is DENIED.

2. The parties shall proceed pursuant to the Order to Comply With Summons or Show Cause issued herewith.

SO ORDERED, this Friday, January 12, 2018.

                                    /s/
                            Marvin J. Garbis
                        United States District Judge